UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 18 CR 10474-NMG |
| ) | |
| THOMAS CROSS ) | |

### DEFENDANT'S MOTION FOR REVIEW OF DETENTION ORDER BY DISTRICT COURT JUDGE

Defendant, Thomas Cross, moves, pursuant to 18 U.S.C. §3145(b), that the District Court review and revoke the Magistrate Judge's order of pre-trial detention. As grounds for this motion, defendant states that, contrary to the Magistrate Judge's findings, there are conditions that would reasonably assure the safety of the community.

Mr. Cross is charged with distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §2252A(a)(2)(A) and (a)(5)(B). Mr. Cross was arrested at his home on November 15, 2018. He had his initial appearance before the Magistrate Judge on that date, at which time the government moved for Mr. Cross's pre-trial detention. A detention hearing and preliminary hearing was held on November 20, 2018.[1] Pre-trial services prepared a report for the hearing, and recommended that Mr. Cross be released on a number of conditions. Despite the recommendation of pre-trial services and the arguments of defense counsel, the Magistrate issued an order of detention on January 11, 2019. D.E. 8.

---

[1] A transcript of the detention hearing is attached as Exhibit A. References to the transcript appear throughout this memo as "Tr. [page number]." The government presented three exhibits at the hearing. Exhibit 1 was a copy of the Application for the Search Warrant for Mr. Cross's home, which is attached as Exhibit B to this motion. Exhibit 2 was a copy of the Application for Criminal Complaint, which is found at D.E. 1 in the case. Exhibit 3 was submitted under seal and contains Wickr photographs and chat messages. This exhibit will be provided to this Court under seal as Exhibit C.

1

*Motion allowed.* /s/ NMGorton, USDJ 6/12/19