UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No:  18-CR-10474-NMG |
| ) | |
| THOMAS CROSS, ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION TO REVOKE PRETRIAL RELEASE**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court to revoke the defendant's pretrial release and issue a warrant for his arrest. As grounds therefor, the government states that there is clear and convincing evidence that the defendant has violated the condition of his release that he not possess devices capable of accessing the internet and there is no combination of conditions of release that will assure that the defendant will not pose a danger to the safety of the community and the defendant is unlikely to abide by conditions of release. 18 U.S.C. § 3148(b).

The defendant was detained following his arrest on November 15, 2018. Docs. 5, 7. After appealing this Court's detention order, he was ultimately released on conditions on July 17, 2019, which, among other things, prohibit him from accessing the internet without prior authorization and from possessing pornographic material and devices capable of accessing the internet. Doc. 38.

On June 4, 2020, the FBI executed a search warrant at the defendant's home based on a CyberTip regarding the potential use of social media to exchange child pornography. During the execution of that warrant, agents found CROSS to be in possession of an Apple iPhone 8 Plus, an LG Rumor 2 mobile phone, and two Sony PlayStation 2 gaming consoles, one of which was

plugged in and connected to the internet. Agents also located, in another room, a Samsung Galaxy S5 mobile phone and an older model white iPhone. The search of those devices is ongoing, and may lead the government to seek additional charges. At this stage, however, this constitutes clear and convincing evidence that the defendant has violated the condition of his release that he not possess a device capable of accessing the internet. 18 U.S.C. § 3148(b)(1)(B). For all of the reasons previously articulated by the government in its motion for detention, in addition to the facts outlined in this motion, the government contends that no combination of conditions of release will assure that the defendant will not pose a danger to the safety of the community and that the defendant is unlikely to abide by any combination of conditions of release. 18 U.S.C. § 3148(b)(2). The government requests that a warrant be issued for his arrest and moves for a hearing on this motion.

                Respectfully submitted,

                ANDREW E. LELLING
                United States Attorney

          By:  /s/ Anne Paruti_____
                Anne Paruti

Date: June 4, 2020              Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                   /s/ Anne Paruti_____
Dated: June 4, 2020                         Assistant United States Attorney