AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 18-cr-10474-NMG |
| Thomas Cross | ) | |
| | ) | |
| *Defendant* | ) | |

**ARREST WARRANT**

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Thomas Cross (YOB 1990)
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of Pretrial Release Condition, per motion filed pursuant to 18 U.S.C. 3148(b)

Date: June 4, 2020

HON. MARIANNE B. BOWLER
United States Magistrate Judge

City and state:   Brookline, Massachusetts

FILED IN CLERKS OFFICE 2020 JUN 10 PM 3:18 U.S. DISTRICT COURT DISTRICT OF MASS.

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/4/20 FBI

*Arresting officer's signature*

*Printed name and title*